ACCEPTED
06-14-00147-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
1/26/2015 9:44:42 AM
DEBBIE AUTREY
CLERK

## NO.  06-14-00147-CR

| | | |
|---|---|---|
| **ASIM SHAKUR RAHIM** | § | **IN THE** |
| | § | |
| **V.** | § | **SIXTH COURT** |
| | § | |
| **STATE OF TEXAS** | § | **OF APPEALS** |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
1/26/2015 9:44:42 AM
DEBBIE AUTREY
Clerk

## <u>MOTION TO LATE FILE APPELLANT'S BRIEF</u>

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Asim Shakur Rahim, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the Lamar County Court at Law, Lamar County, Texas.

2. The case below was styled the <u>State of Texas vs. Asim Shakur Rahim</u>, and numbered 61685.

3. Appellant was convicted of Assault with bodily injury.

4. Appellant was assessed a sentence of 365 days in jail.

5. Notice of appeal was given on August 13, 2014.

6. The clerk's record was filed on September 18, 2014; the reporter's record was filed on December 1, 2014.

7. The appellate brief was due on January 21, 2015.

8. Appellant requests an extension of time of 5 days, i.e. until January 26, 2015.

9. This is the second motion for an extension to file the brief submitted in this cause.

10. Defendant is not currently incarcerated.

11.     Appellant relies on the following facts as good cause for the requested extension:

Counsel electronically filed the Appellant's brief in this case on January 25, 2015. Counsel requests the filing deadline be extended until January 26, 2015 to allow for Counsel to file this brief late.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion to Late File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

McLaughlin, Hutchison & Biard, LLP
38 1st NW
Paris, TX 75460
Tel: (903)785-1606
Fax: (903)785-7580

By: _____
        Don Biard
        State Bar No. 24047755
        Attorney for Appellant

## CERTIFICATE OF SERVICE

This is to certify that on January 26, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Lamar County, Texas, via email.

_____
Don Biard

STATE OF TEXAS                              §
                                            §
COUNTY OF LAMAR                             §

## AFFIDAVIT

**BEFORE ME,** the undersigned authority, on this day personally appeared Don Biard, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Late File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."



_____
Don Biard
Affiant


**SUBSCRIBED AND SWORN TO BEFORE ME** on  January 26  , 2015, to certify which witness my hand and seal of office.

ANITA SPARKS
Notary Public
State of Texas
Comm. Expires 2-09-2016

_____
Notary Public, State of Texas